UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DESERT PALACE, INC., | Case No. 2:14-cv-00367-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| ANFITRIONES NACIONALES - MEXICO, | |
| Defendant. | |

Before the court is Defendant's Motion to Continue Stipulated Discovery Plan and Scheduling Order (First Extension) and Request for a L.R. 16-1 Conference (Dkt. #22). The court has considered the motion and Plaintiff's Notice of Non-Opposition (Dkt. #23).

The Defendant seeks a 90-day extension of the discovery plan and scheduling order deadlines indicating they agreed not to engage in discovery while a motion to dismiss the third claim for relief was pending, and while they attempted to resolve this matter. The court dismissed Plaintiff's third claim for relief July 28, 2014, and Defendant filed its answer August 12, 2014. Since then, the parties have served written discovery and scheduled depositions. A number of the witnesses are Mexican nationals "located overseas." Additionally, differences between the legal system in the United States and Mexico and need for translation services have added to the logistical difficulties of completing discovery.

Defendant requested a 90-day extension of the discovery cutoff, but is not seeking an extension to amend the pleadings, add parties, or designate experts. Plaintiff does not oppose the request and agrees that the parties have been working diligently to resolve this case while pursuing discovery as expediently as possible considering the logistical difficulties Defendant cites.

Having reviewed and considered the matter,

**IT IS ORDERED** that Defendant's Motion to Continue Stipulation Discovery Plan and Scheduling Order is **GRANTED**, and the deadlines are extended as follows:

    a. Last date to complete discovery: **January 15, 2015.**

    b. Last date to amend pleadings and add parties: **Expired.**

    c. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **Expired.**

    d. Last date to disclose rebuttal experts: **Expired.**

    e. Last date to file dispositive motions: **February 14, 2015.**

    f. Last date to file joint pretrial order: **March 12, 2015.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions, or further order of the court.

    g. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

    h. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., December 26, 2014,** and shall fully comply with the requirements of LR 26-4.

DATED this 6th day of October, 2014.

                                                  PEGGY A. LEEN
                                                  UNITED STATES MAGISTRATE JUDGE