```
 1  MARGARET G. FOLEY, ESQ.
    Nevada Bar No. 7703
 2  E-mail: Margaret.Foley@lewisbrisbois.com
    KIM D. PRICE, ESQ.
 3  Nevada Bar No. 7873
    E-mail: Kim.Price@lewisbrisbois.com
 4  LEWIS BRISBOIS BISGAARD & SMITH LLP
    6385 S. Rainbow Boulevard, Suite 600
 5  Las Vegas, Nevada 89118
    Tel: 702/893-3383
 6  Facs: 702/893-3789
    Attorneys for Plaintiff, Desert Palace, Inc.
 7
 8
 9
10                   UNITED STATES DISTRICT COURT
11                         DISTRICT OF NEVADA
12
13  DESERT PALACE, INC., a Nevada          CASE NO. 2:14-cv-00367-APG-PAL
    corporation doing business as CAESARS
14  PALACE,
15              Plaintiff,                 STIPULATION AND ORDER TO
                                           DISMISS WITH PREJUDICE
16         vs.
17  ANFITRIONES NACIONALES - MEXICO,
    also known as ANFITRIONES
18  NACIONALES APR S.A. de CV, a Mexican
    limited liability stock company; DOES I
19  through X, and ROE CORPORATIONS I
    through X, inclusive,
20
                Defendants.
21
22         IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DESERT
23  PALACE, INC., a Nevada corporation d/b/a Caesar's Palace and Defendant, ANFITRIONES
24  NACIONALES-MEXICO, a/k/a Anfitriones Nacionales APR S.A. de CV, a Mexican limited
25  liability stock company, through their respective counsel of record, that the above-captioned action
26  ///
27  ///
28  ///
```

4825-0011-6003.1

1  shall be dismissed in its entirety with prejudice, each party to bear their own attorneys' fees and
2  costs.

4  STIPULATION APPROVED AS TO FORM AND CONTENT

5  DATED this 30th day of April, 2015.                    DATED this 30th day of April, 2015.

6  **LEWIS BRISBOIS BISGAARD &**                          **BACKUS, CARRANZA & BURDEN**
7  **SMITH LLP**

8  /s/ Kim D. Price                                       /s/ Edgar Carranza

9  MARGARET G. FOLEY, ESQ.                                EDGAR CARRANZA, ESQ.
   Nevada Bar No. 7703                                    Nevada Bar No. 5902
10 KIM D. PRICE, ESQ.                                     3050 S. Durango Drive
   Nevada Bar No. 7873                                    Las Vegas, Nevada 89117
11 6385 S. Rainbow Blvd., Ste. 600                        *Attorneys for Defendant, Anfitriones*
   Las Vegas, Nevada 89118                                *Nacionales-Mexico*
12 *Attorneys for Plaintiff, Desert Palace, Inc.*

15  IT IS SO ORDERED this __4th__ day of __May_____, 2015.

                                    _____
                                    RICHARD F. BOULWARE, II
                                    United States District Judge